IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL WINSLOW, *an individual*,

    Plaintiff,

v.

HOTBOX FARMS, LLC, *an Oregon Limited Liability Company*, SNJ ONLINE LLC, *an Oregon Limited Liability Company*, DUSTY B LLC, *an Oregon Limited Liability Company*, and STEVEN MELAND, *an individual*,

    Defendants.

No. 2:24-cv-01002-HL

OPINION AND ORDER

**BAGGIO, District Judge:**

On May 14, 2025, Magistrate Judge Andrew D. Hallman issued his Findings and Recommendation ("F&R", ECF 39), recommending that this Court grant Defendants Steven Meland, SNJ Online LLC, and Hotbox Farm LLC's Motion to Dismiss (ECF 29). No objections were filed. This Court ADOPTS Judge Hallman's F&R.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. 28 U.S.C. § 636(b)(1)(B), (C). If a party objects, the court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendation to which objection is made." *Id.* § 636(b)(1)(C). However, the court is not

1 – OPINION AND ORDER

required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). While the level of scrutiny that the court applies to its F&R review depends on whether a party has filed objections, the court is free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C); *see also Thomas*, 474 U.S. at 154.

## CONCLUSION

Upon review, the Court agrees with Judge Hallman's recommendation and adopts the F&R (ECF 39) in full. Accordingly, Defendants Steven Meland, SNJ Online LLC, and Hotbox Farm LLC's Motion to Dismiss (ECF 29) is GRANTED. However, Plaintiff has leave to file an amended complaint addressing the deficiencies identified in the F&R. The amended complaint is due within 30 days of this Order.

IT IS SO ORDERED.

DATED this  10th  day of June 2025.

AMY M. BAGGIO
United States District Judge

2 – OPINION AND ORDER