IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL WINSLOW,

    Plaintiff,

  v.

HOTBOX FARMS, LLC, an
Oregon limited liability company;
SNJ ONLINE, LLC, an Oregon
limited liability company;
DUSTY B, LLC, an Oregon limited
liability company; and
STEVEN MELAND, an individual,

    Defendants.

Case No. 2:24-cv-01002-HL

ORDER

**BAGGIO, District Judge:**

    Magistrate Judge Andrew Hallman issued a Findings and Recommendation on October 22, 2025, in which he recommends that the Court deny a Motion to Dismiss brought by Defendants Hotbox Farms, LLC, SNJ Online LLC, and Steven Meland (the "Hotbox

1 – ORDER

Defendants"). F&R, ECF No. 53. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (holding *de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Hallman's Findings and Recommendation [53]. Accordingly, the Hotbox Defendants' Motion to Dismiss [44] is DENIED.

IT IS SO ORDERED.

DATED this 26th day of January, 2026.

*Amy M. Baggio*
AMY M. BAGGIO
United States District Judge

2 – ORDER